UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:23-cv-08457-VBF-AJR | Date: January 31, 2024 |
| Title:   *Michael White v. FBI* | |

Present: <u>The Honorable VALERIE BAKER FAIRBANK, U.S. District Judge</u>

| Charles A. Rojas | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

    All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee.  28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

    On December 13, 2023, the Court denied Plaintiff's request to proceed *in forma pauperis* ("Request") and directed him to pay the full filing fee.  (CM/ECF Document 8).  The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice.  (*Id.*).

    To date, Plaintiff has not paid the filing fee.  Accordingly, and this case is **DISMISSED** without prejudice.  *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

    **IT IS SO ORDERED.**