# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WHITE,<br><br>           Plaintiff,<br><br>     v.<br><br>FBI,<br><br>           Defendant. | Case No. 2:23-cv-08457-VBF-AJR<br><br>**ORDER ACCEPTING R & R** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Instead, Plaintiff has filed an unauthorized Third Amended Complaint ("TAC") on April 17, 2024. (Dkt. 21.) Plaintiff alleges that "[t]his is [his] third amendment about the FBI. I can write [] 100 amendments from what the FBI has done to me." (Id. at 1.) The factual allegations in the TAC are substantively the same as the previous complaints. Thus, Plaintiff either cannot or will not amend his allegations to state a viable claim. Therefore, the unauthorized Third Amended Complaint does not change the analysis in the Report and Recommendation.

\\

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that this action is DISMISSED with prejudice for failure to state a claim.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record. No defendant has appeared in this action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   August 14, 2024      /s/ Valerie Baker Fairbank

———————————————
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE