JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WHITE,<br><br>        Plaintiff,<br><br>   v.<br><br>FBI,<br><br>        Defendant. | Case No. 2:23-cv-08457-VBF-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 14, 2024         /s/ Valerie Baker Fairbank
                               _____
                               HON. VALERIE BAKER FAIRBANK
                               UNITED STATES DISTRICT JUDGE